UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES E. COHAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUDGE BROWN, et al.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00692-APG-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 13). On June 8, 2020, the Court adopted the Report and Recommendation to dismiss Plaintiff's Complaint and instructed the Clerk of Court to close this case. ECF No. 6. The civil case was closed on that date.

Accordingly, Plaintiff's Application to Proceed in District Court Without Prepaying Fees and Costs (ECF No. 13) is DENIED as moot.

Dated this 18th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE